UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CODY WRIGHT,

      Plaintiff,

v.            Case No:   6:17-cv-2194-Orl-37GJK

VAALER INSURANCE, INC.,

      Defendant.

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal without Prejudice (Doc. 20). Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), this case is hereby **DISMISSED** without Prejudice.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 26, 2018.

ROY B. DALTON JR.
United States District Judge

Copies:   Counsel of Record